## Notice Concerning Waiver of Judicial Disqualification

Date  Sept 21, 2016

Re United States v. Rahimi

Docket # _16 May 6009_

From:  Deputy Clerk
To:    All Counsel

Canon 3D of the Code of Conduct for United States Judges provides (with exceptions not pertinent to this case) that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding if all the parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation.

Unless a waiver is obtained from all parties and all counsel, Judge Gorenstein intends to disqualify himself in this proceeding because David Patton is the attorney on this case and Mr. Patton is a member of the panel that is considering Judge Gorenstein's reappointment as a Magistrate Judge.

If you wish to waive the judge's disqualification, you may sign this form below and give it to the Deputy Clerk. If all parties submit such forms to the Deputy Clerk, this Notice and all responses will be made part of the record, as required by Canon 3D, and the judge will continue participation in the proceeding. Do not inform the judge of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived, the case will be reassigned to another judge.

THE PERSONS SIGNING BELOW AGREE TO WAIVE THE DISQUALIFICATION OF JUDGE GORENSTEIN:

_____          ___9/21/2016_____
AUSA           NICHOLAS LEWIN                  Date


_____          _____
David Patton                                  Date

**Notice Concerning Waiver of Judicial Disqualification**

Date _Sept 21,2016_

Re <u>United States v. _Rahimi_</u>

Docket # _16 Mag 6809_

From: Deputy Clerk
To: All Counsel

Canon 3D of the Code of Conduct for United States Judges provides (with exceptions not pertinent to this case) that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding if all the parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation.

Unless a waiver is obtained from all parties and all counsel, Judge Gorenstein intends to disqualify himself in this proceeding because David Patton is the attorney on this case and Mr. Patton is a member of the panel that is considering Judge Gorenstein's reappointment as a Magistrate Judge.

If you wish to waive the judge's disqualification, you may sign this form below and give it to the Deputy Clerk. If all parties submit such forms to the Deputy Clerk, this Notice and all responses will be made part of the record, as required by Canon 3D, and the judge will continue participation in the proceeding. Do not inform the judge of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived, the case will be reassigned to another judge.

THE PERSONS SIGNING BELOW AGREE TO WAIVE THE DISQUALIFICATION OF JUDGE GORENSTEIN:

AUSA _____     Date _____

David Patton                              Date 9/21/16